UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 1, 2023     **Time:** 1 Hour 35 Minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cr-00066-YGR     **Case Name:** USA v. John Russell Bellhouse

**Defendants:** John Russell Bellhouse; Present

**Attorney for Plaintiff:** Andrew Paulson and Molly Priedeman
**Attorney for Defendant:** Shaffy Moeel and Kathryn Ross
**Probation:** Monica Romero for Cindy Suntay
**Spanish Interpreter:** Raquel Brewer

**Deputy Clerk:** Edwin Cuenco     **Reported by:** Pamela Batalo-Hebel; via Zoom

## PROCEEDINGS

Sentencing - Held.

Victim 1 addressed the Court assisted by a Spanish Language Interpreter. The defendant declined to address the Court. The defendant is committed to the custody of the Bureau of Prisons for a term of 63 months as to Counts One and Two of the Indictment, 24 months on Counts Three, Four and Five, all counts to be served concurrently. 5 years supervised release on each of Counts One through Five, all such terms to run concurrently with standard and special conditions as stated on the record. $500.00 special assessment due immediately; $25,000.00 Justice for Victims of Trafficking Act Assessment; fine is waived.

The Court orders the defendant to participate in mental health assessment and treatment.

A Self-Surrender date of February 2, 2024 at noon. The Defendant shall surrender to his designated facility or to the United States Marshals Office in Oakland by that date.

Restitution Hearing is set on February 1, 2024, at 2:00 PM. Parties are ordered to meet and confer re: condition of supervised release and either file a joint brief or competing briefs by January 11, 2024.